Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; CONTRACT AND ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>      Plaintiffs,<br>vs.<br><br>EAST BAY ROCK CORPORATION, a California corporation and THOMAS A. CHASM individually,<br><br>      Defendants. | Case No.: C07-2194 BZ<br><br>**SUBSTITUTION OF ATTORNEY** |

SUBSTITUTION OF ATTORNEY
Case No. C 07 2194 BZ

- 1 -

Muriel B. Kaplan, Bar No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900 Fax (415) 882-9287

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gil Croshtwaite, et al.

Plaintiff(s)

v.

East Bay Rock Corporation, a California corporation and Thomas A. Chasm, individually

Defendant(s)

CASE NUMBER: C07-2194 BZ

**SUBSTITUTION OF ATTORNEY**

Gil Crosthwaite
*Name of Party*

[X] Plaintiff  [ ] Defendant  [ ] Other

hereby substitutes Muriel B. Kaplan, SBN 124607 who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per

120 Howard St. Suite 520
*Street Address*

San Francisco, CA 94105          (415) 882-7900       (415) 882-9287       124607
*City, State, Zip Code*            *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy
*Present Attorney*

Dated: 5-29-07

Wayne McBride
*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/25/07

Tracy L. Mainguy
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 6/26/07

Muriel B. Kaplan
*Signature of New Attorney*

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: June 28, 2007

Bernard Zimmerman
United States District Judge / Magistrate Judge

*IT IS SO ORDERED — Judge Bernard Zimmerman*

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                           G01